**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION**

IN RE:

**Michael & Porscha Moseley**                                      **CHAPTER 13**

**DEBTOR(S)**                                                **CASE NO. 11-61513**

**SS #  XXX-XX-5207, 7638**

**Debtor(s)**

**\*\*\*\*AMENDED\*\*\*\***
*(Changed to Increase Plan Payments)*

**ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE
(Automatic Payment From Same Employer)**

The above-named Debtor(s) filed a Chapter 13 petition on **JUNE 15, 2011**, hereupon subjecting all wages and property of the debtor wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

O R D E R E D:

That **UVA ALUMNI ASSOCIATION, ATTN: JOANNE SHACKELFORD, PO BOX 400314, CHARLOTTESVILLE, VA 22904-4314**, employer of Michael Moseley, is hereby directed to pay to the duly appointed Trustee  the sum of **$332.50/SEMI-MONTHLY**, commencing with the next pay period on or before **OCTOBER 15, 2011.** All payments should be made payable to ***HERBERT L. BESKIN, TRUSTEE, P. O. BOX 1961, Memphis, TN 38101-1961*** *(tel: (434) 817-9913)*,

Such employer is directed to withhold said sum from the Debtor's wages, after deducting the amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and to forward said sum to the Trustee.  The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b).

Copies of this order are directed to be mailed to the Debtor(s), counsel for the Debtor(s), the Trustee, and to the Debtor(s) employer.

DATED:  October 5, 2011

_____
U. S. Bankruptcy Judge

/s/ Linda D. Jennings
Linda D. Jennings, VSB #19455
Counsel for Debtor(s)
The Debt Law Group
111 Highland Ave
Colonial Heights, VA 23834

By endorsing this Order the Attorney certifies
that this Amended Order does not decrease the
amount of the monthly plan payments.